UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LEILEI ZHANG,<br><br>          Plaintiff,<br><br>vs.<br><br>JUDY Y. TSENG,<br><br>          Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:25-CV-68-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 8] and DISMISSES WITHOUT PREJUDICE the amended complaint. The clerk SHALL close the case.

This Judgment filed and entered on April 17, 2025, and copies to:
Leilei Zhang      (via CM/ECF electronic notification)

April 17, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk