IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-68-D-RN

| | | |
|---|---|---|
| LEILEI ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUDY Y. TSENG, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless plaintiff's motions for entry of default [D.E. 14, 17] and plaintiff's motion for reconsideration [D.E. 15].

SO ORDERED. This _6_ day of May, 2025.

                                                         JAMES C. DEVER III
                                                         United States District Judge